# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

<u>Donald Beatty</u>

    v.                                    Civil No. 07-cv-395-JM

<u>NH State Prison, Warden</u>

### ORDER

    Re:  Document No. 12, <u>Motion for Certificate of Appealability</u>

    Ruling: Denied.  It is clear that neither the US Constitution, nor NH statutes create any liberty interest in, nor a right to, parole.  The NH Adult Parole Board's conditional approval of petitioner's parole did not create such a right where: (a) the conditions of approval were not met, and (b) the parole board's ongoing right to review petitioner's eligibility for parole prior to release resulted in a finding that he was not suitable for release.  See <u>Casper v. Quarterman</u>, 2007 WL 1455383, *3 (N.D. Tex.).  There is no legal basis for petitioner's claims.

                                     /s/ James R. Muirhead
                                       James R. Muirhead
                                       U.S. Magistrate Judge

Date:  June 18, 2008

cc:    James W. Dennehy, Esq.